[No. 31506-1-III.   Division Three.   August 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD FENTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01173-2, Vic L. VanderSchoor, J., entered March 7, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31584-3-III.   Division Three.   August 28, 2014.]

*In the Matter of the Marriage of* SANDRA KAY HUNT, *Respondent*, and SAMUEL EARL HUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 12-3-00030-3, David Frazier, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Korsmo and Fearing, JJ.

[No. 69044-2-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EUGENE FELD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00361-3, Michael E. Rickert, J., entered June 6, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Lau, J.